IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:17-CV-00079-BO

| | |
|---|---|
| KEVIN D. CLANTON,<br>    Plaintiff,<br><br>vs.<br><br>NANNCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY<br>ADMINISTRATION,<br>    Defendant. | )<br>)<br>)  ORDER APPROVING<br>)  APPLICATION FOR<br>)  ATTORNEY FEES UNDER<br>)  THE EQUAL ACCESS TO<br>)  JUSTICE ACT<br>)<br>)<br>)<br>) |

*******************************************************************

The matter comes before the court on the Plaintiff's Application for Payment of Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C.A. § 2412. And it appearing the Plaintiff is the prevailing party, that no substantial justification exists that would render the payment of attorney fees in this matter unjust,

IT IS HEREBY ORDERED Plaintiff's application for attorney fees is APPROVED in the amount of $4,473.00, this the 23 day of Oct 2018.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE