UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KEVIN D. CLANTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:17-CV-79-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's application for attorney fees is APPROVED in the amount of $4,473.00.

**This Judgment Filed and Entered on October 23, 2018, and Copies To:**

| | |
|---|---|
| Michael W. Bertics | (via CM/ECF electronic notification) |
| Lisa M. Rayo | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |

DATE:
October 23, 2018

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk